COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

| | |
|---|---|
| Cause Number: | 01-12-00502-CV |
| Trial Court Cause Number: | 0935831 |
| Style: | Kelly R. Ginn, Green-Span Profiles. L.P., Green-Span Management, L.L.C., and BKG Investments, L.L.C. |
| | **v** NCI Building Systems, Inc. |
| Date motion filed*: | July 3, 2013 |
| Type of motion: | Appellee/Cross-Appellant NCI Building Systems, Inc.'s ("Appellees") Motion for Leave to File Part I of Appellee/Cross-Appellant's Reply Brief and Motion to Strike Portions of Appellants' Reply Brief |
| Party filing motion: | Appellee/Cross-Appellant |
| Document to be filed: | |

Is appeal accelerated? ☐ YES   ☒ NO

Ordered that motion is:

☐ Granted

  If document is to be filed, document due: _____

  ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☒ Other: <u>Granted in Part and Denied in part. Appellee's motion to strike Appellants' Reply Brief is denied. Appellee's motion for leave to file part I of Appellee/Cross-Appellant's Reply Brief is granted.</u>

Judge's signature: <u>/s/ Michael Massengale</u>
  ☒ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: <u>July 5, 2013</u>